# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEPHANIE ANDREWS, *et. al.*,

Plaintiffs,

v.

JPA R/E ASSOCIATES, L.P., *et. al.*,

Defendants.

CIVIL ACTION 24-2371

## ORDER

**AND NOW,** this 13th day of June 2025, upon consideration of the various pending motions, and the responses thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion to Dismiss and Strike Service [Doc. No. 12] and the Motion to Dismiss [Doc. No. 15] are **DENIED**. Defendants are **ORDERED** to file an Answer to Plaintiffs' Complaint [Doc. No. 1] no later than 21 days after the docketing of this Order.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**