IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE ANDREWS, *et. al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>JPA R/E ASSOCIATES, L.P., *et. al.*,<br><br>    Defendants. | CIVIL ACTION 24-2371 |

### ORDER

**AND NOW,** this 2nd day of July 2025, upon consideration of Defendants Paula Pezzano and the Estate of Joseph Pezzano's Motion for Reconsideration [Doc. No. 36], it is hereby **ORDERED** that the Motion is **DENIED**. Defendants are **ORDERED** to comply with the Court's original Order [Doc. No. 34] requiring the Defendants to file an Answer to Plaintiffs' Complaint no later than 21 days after the docketing of the prior Order [Doc. No. 34].

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**