**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **STEPHANIE ANDREWS,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **JPA R/E ASSOCIATES, L.P.,** *et al*, <br><br> **Defendants.** | **CIVIL ACTION NO.  24-2371** |

**ORDER**

**AND NOW,** this 16th day of June 2026, upon consideration of Defendant Matthew Gribosh's Motion to Dismiss [Doc. No. 102], Defendant Scott Coon's Motion to Dismiss [Doc. No. 107], and the responses thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motions are **DENIED**. Defendants Gribosh and Coon are **ORDERED** to file an Answer to Plaintiffs' Amended Complaint [Doc. No. 71] no later than 21 days after the docketing of this Order.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**